# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

JENNIFER RIVERA,

                Plaintiff,                22 **CIVIL** 5642 (AS)

    -against-                    **JUDGMENT**

PLS CHECK CASHERS OF NEW YORK, INC., et al.,

                Defendants.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 24, 2024, Defendants' motion for summary judgment is GRANTED as to Rivera's claims under Title VII, the NYCHRL, and the NYSHRL. Rivera's claims under the WTPA are DISMISSED without prejudice for lack of standing; accordingly, the case is closed.

**Dated:**  New York, New York
          January 24, 2024

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                          **Clerk of Court**

                    **BY:**  _____
                                                  **Deputy Clerk**